UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
ROOM 4-200
SACRAMENTO, CA 95814

Terry Moreland, et al

v.

U.S. Bank, N.A., et al

DEFAULT JUDGMENT

Case No. 1:14-CV-1836 JAM JLT

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against Counter Defendants and in favor of Counterclaimant LBUSB 2004-C6 Stockdale Office Limited Partnership, in the amount of $8,470,326.44.

Terry L. Moreland, and Peggy J. Moreland

February 4, 2016

MARIANNE MATHERLY, CLERK

By: /s/ L.Reader, Deputy Clerk