# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TERRY L. MORELAND,<br><br>       Plaintiff,<br><br>vs.<br><br>U.S. BANK, N.A., AS TRUSTEE FOR LB-UBS COMMERCIAL MORTGAGE TRUST 2004-C6 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-C6; LB-UBS 2004-C6 STOCKDALE OFFICE LIMITED PARTNERSHIP; LB-UBS STOCKDALE OFFICE GP; LNR PARTNERS CALIFORNIA MANAGER, LLC; LNR PARTNERS, LLC, and DOES 1 THROUGH 10, inclusive,<br><br>       Defendants.<br>LB-UBS 2004-C6 STOCKDALE OFFICE LIMITED PARTNERSHIP, a Delaware limited partnership,<br><br>       Counter-Claimant,<br>vs.<br><br>TERRY L. MORELAND, an individual, and PEGGY J. MORELAND, an individual,<br><br>       Counter-Defendants. | CASE NO. 1:14-CV-01836 JAM JLT<br><br>**ORDER APPROVING STIPULATION FOR CONTINUANCE OF JUDGMENT DEBTOR EXAM OF TERRY MORELAND**<br><br>(Doc. 115) |

      Judgment Creditor LBUBS 2004-C6 Stockdale Office Limited Partnership and Judgment Debtor Terry Moreland have filed a Stipulation for Continuance of Judgment Debtor Exam from September 29, 2016 to October 11, 2016.

763033.1

Order Approving Stipulation for Continuance of Judgment Debtor Exam of Terry Moreland

1 | Upon consideration of the Stipulation, good cause being shown, it is hereby

2 | ORDERED that the Stipulation is hereby granted.

3 | IT IS FURTHER ORDERED that the Judgment Debtor Exam shall take place on October 11, 2016 at 9:30 a.m. in the United States Courthouse located at 510 19th Street, Bakersfield, CA 93301.

IT IF FURTHER ORDERED that Judgment Creditor shall serve a copy of this Order by U.S. Mail to Mr. Moreland and by email to Tammy Fleming.

IT IS SO ORDERED.

Dated:   **September 29, 2016**            _____**/s/ Jennifer L. Thurston**_____
                                                                UNITED STATES MAGISTRATE JUDGE

763033.1

2

Order Approving Stipulation for Continuance of Judgment Debtor Exam of Terry Moreland