UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TERRY L. MORELAND,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. BANK, N.A., AS TRUSTEE FOR LB-UBS COMMERCIAL MORTGAGE TRUST 2004-C6 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-C6; LB-UBS 2004-C6 STOCKDALE OFFICE LIMITED PARTNERSHIP; LB-UBS STOCKDALE OFFICE GP; LNR PARTNERS CALIFORNIA MANAGER, LLC; LNR PARTNERS, LLC, and DOES 1 THROUGH 10, inclusive,<br><br>    Defendants.<br><br>LB-UBS 2004-C6 STOCKDALE OFFICE LIMITED PARTNERSHIP, a Delaware limited partnership,<br><br>    Counter-Claimant,<br>vs.<br><br>TERRY L. MORELAND, an individual, and PEGGY J. MORELAND, an individual,<br><br>    Counter-Defendants. | CASE NO. 1:14-CV-01836-JLT<br><br>**ORDER APPROVING SECOND STIPULATION FOR CONTINUANCE OF JUDGMENT DEBTOR EXAM OF TERRY MORELAND**<br><br>(Doc. 120,121) |

Judgment Creditor LBUBS 2004-C6 Stockdale Office Limited Partnership and Judgment Debtor Terry Moreland have filed a Second Stipulation for Continuance of Judgment Debtor Exam from October 27, 2016 to November 29, 2016.

765206.1

1  Upon consideration of the Stipulation, good cause being shown, it is hereby

2  ORDERED that the Stipulation is hereby granted.

3  IT IS FURTHER ORDERED that the Judgment Debtor Exam shall take place on

4  November 29, 2016 at 9:30 a.m. in the United States Courthouse located at 510 19th Street,

5  Bakersfield, CA 93301.

6  IT IF FURTHER ORDERED that Judgment Creditor shall serve a copy of this Order by

7  U.S. Mail to Mr. Moreland and by email to Tammy Fleming.

8  **IT IS SO ORDERED.**

10  DATED: 10/26/16

_____
U.S. Magistrate Judge Jennifer L. Thurston

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 444 South Flower Street, Suite 1700, Los Angeles, CA 90071-2901.

On October 25, 2016, I served true copies of the following document(s) described as **ORDER APPROVING SECOND STIPULATION FOR CONTINUANCE OF JUDGMENT DEBTOR EXAM OF TERRY MORELAND** on the interested parties in this action as follows:

Mark Whitney Lapham, Esq.
Law Offices of Mark W. Lapham
751 Diablo Road
Danville, CA 94526
Telephone:  (925) 837-9007
Fax:  (925) 406-1616
Email:  marklapham@sbcglobal.net

Charles T. Marshall, Esq.
Law Offices of Charles T. Marshall
415 Laurel Street, #405
San Diego, CA 92101
Telephone:  (619) 807-2628
Facsimile:  (866) 575-7413
E-mail:  cmarshall@marshallestatelaw.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 25, 2016, at Los Angeles, California.

                                                            /s/
                                        Janet M. Jerome