UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TERRY L. MORELAND,<br><br>    Plaintiff,<br><br>    vs.<br><br>U.S. BANK, N.A., AS TRUSTEE FOR LB-UBS COMMERCIAL MORTGAGE TRUST 2004-C6 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-C6; LB-UBS 2004-C6 STOCKDALE OFFICE LIMITED PARTNERSHIP; LB-UBS STOCKDALE OFFICE GP; LNR PARTNERS CALIFORNIA MANAGER, LLC; LNR PARTNERS, LLC, and DOES 1 THROUGH 10, inclusive,<br><br>    Defendants.<br>LB-UBS 2004-C6 STOCKDALE OFFICE LIMITED PARTNERSHIP, a Delaware limited partnership,<br><br>    Counter-Claimant,<br>    vs.<br><br>TERRY L. MORELAND, an individual, and PEGGY J. MORELAND, an individual,<br><br>    Counter-Defendants. | CASE NO. 1:14-CV-01836-JLT<br><br>**ORDER APPROVING THIRD STIPULATION FOR CONTINUANCE OF JUDGMENT DEBTOR EXAM OF TERRY MORELAND**<br><br>Filed Concurrently with Third Stipulation for Continuance of Judgment Debtor Exam of Terry Moreland<br><br><br><br>Date:   November 29, 2016<br>Time:   9:30 a.m.<br>Place:  U.S. District Court – Bakersfield<br>          510 19th Street<br>          Bakersfield, CA 93301 |

Judgment Creditor LBUBS 2004-C6 Stockdale Office Limited Partnership and Judgment Debtor Terry Moreland have filed a Third Stipulation for Continuance of Judgment Debtor Exam from November 29, 2016 to December 20, 2016, or next available date.

766755.1

     Upon consideration of the Stipulation, good cause being shown, it is hereby ORDERED that the Stipulation is hereby granted.

     IT IS FURTHER ORDERED that the Judgment Debtor Exam shall take place on December 20, 2017 at 9:30 a.m. in the United States Courthouse located at 510 19th Street, Bakersfield, CA 93301.

     IT IF FURTHER ORDERED that Judgment Creditor shall serve a copy of this Order by U.S. Mail to Mr. Moreland and by email to Tammy Fleming.

**IT IS SO ORDERED.**

DATED:  11/28/16

_____
U.S. Magistrate Judge Jennifer L. Thurston

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 444 South Flower Street, Suite 1700, Los Angeles, CA 90071-2901.

On November 23, 2016, I served true copies of the following document(s) described as **ORDER APPROVING THIRD STIPULATION FOR CONTINUANCE OF JUDGMENT DEBTOR EXAM OF TERRY MORELAND** on the interested parties in this action as follows:

Mark Whitney Lapham, Esq.
Law Offices of Mark W. Lapham
751 Diablo Road
Danville, CA 94526
Telephone: (925) 837-9007
Fax: (925) 406-1616
Email: marklapham@sbcglobal.net

Charles T. Marshall, Esq.
Law Offices of Charles T. Marshall
415 Laurel Street, #405
San Diego, CA 92101
Telephone: (619) 807-2628
Facsimile: (866) 575-7413
E-mail: cmarshall@marshallestatelaw.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 23, 2016, at Los Angeles, California.

         /s/
Janet M. Jerome

766755.1